# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MARK GONAZLEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SINCERELY, LLC d/b/a/ MYLENDINGLOAN; MICHAEL KIRSCHNER; and DOES 1-10 Inclusive,<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-02992-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SINCERELY, LLC
c/o Michael Kirschner
812 Imperal Lake Rd, West Palm Beach, FL 33413

Michael Kirschner
812 Imperal Lake Rd, West Palm Beach, FL 33413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TODD M. FRIEDMAN, ESQ.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: 5/23/2022

*Angel N.G.*
*Signature of Clerk or Deputy Clerk*